IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Timothy C. Turbeville,<br><br>                              Petitioner,<br><br>v.<br><br>Warden of MacDougall Correctional Institution,<br><br>                              Respondent. | C/A No. 5:25-cv-112-SAL<br><br><br>**ORDER** |

      Timothy C. Turbeville ("Petitioner"), proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. [ECF No. 1.] Pending before this court is a Report and Recommendation ("the Report") by Magistrate Judge Kaymani D. West, in which she recommends the complaint be dismissed with prejudice for failure to prosecute. [ECF No. 32.] Attached to the Report was a notice advising Plaintiff of the right to file objections to the Report. *Id.* at 3. Plaintiff did not file objections to the Report, and the time for doing so has lapsed.

      The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

2

**CONCLUSION**

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, and incorporates the Report by reference herein. Accordingly, Petitioner's case is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

September 16, 2025
Columbia, South Carolina

Sherri A. Lydon
United States District Judge